DOROTHY BEVETT MANN AND MAISIE MOBLEY, PLAINTIFFS-APPELLANTS, v. VICTOR SHELZI, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

*Argued June 13, 1949—Decided July 1, 1949.*

Before Judges McGeehan, Donges and Colie.

*Mr. Hymen B. Mintz (Messrs. Mintz & Herships,* attorneys) argued the cause for the plaintiffs-appellants.

*Mr. Nicholas Conover English (Messrs. McCarter, English & Studer,* attorneys) argued the cause for the defendant-respondent.

Per Curiam. The judgment under appeal is affirmed for the reasons expressed in the opinion of Judge Hartshorne in the Essex County Court. In the construction of a similar statute in New York, the same result was reached. *Gruber v. Wilson et al.,* 276 *N. Y.* 135, 11 *N. E.* 2d 568 (*Court of Appeals* 1937) ; 125 *A. L. R.* 457, 473.